In the Matter of the Claim of Anna Nutik, Respondent, v. Bienstock & Pollack Inc., Doing Business as Gluckstern's Restaurant, et al., Appellants. Workmen's Compensation Board, Respondent.— Aulisi, J.

1018

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.